1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  GEORGE L. BEVAN, JR. (CSBN 65207)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Telephone: 510-637-3689
7
   Attorneys for the United States of America
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                              OAKLAND DIVISION
11
   UNITED STATES OF AMERICA,        )   No. 4-06-70239-WDB
12                                  )
           Plaintiff,                )
13                                  )
       v.                           )   STIPULATION AND ORDER TO
14                                  )   CONTINUE NEXT APPEARANCE
                                    )   DATE AND WAIVER OF TIME
15                                  )
   TODD TISUE,                      )
16                                  )
           Defendant.               )
17  _____)

18
       The United States and the defendant, through their respective counsel, jointly
19
   stipulate and respectfully request the Court to continue the defendant's next appearance
20
   from **May 12, 2006**, to **Wednesday, May 17, 2006, at 10:00 a.m.**
21
       The defendant further stipulates to extend the time for indictment or preliminary
22
   hearing to the date of the next court appearance.
23

24

25  Dated: __5/11/06__          _____
26                              GEORGE L. BEVAN JR.
                                United States Attorney
27

28

1
2
3   Dated: 5/11/06                    MICHAEL GAINES, ESQ.
4                                     Attorney for Defendant Todd Tisue
5
6
7
8
9
10  IT IS SO ORDERED.
11
12  Dated: 5/12/06
13                                    WAYNE D. BRAZIL
14                                    United States District Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*IT IS SO ORDERED*
*Judge Wayne D. Brazil*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION TO CONTINUE
NEXT APPEARANCE                    2

```
 1
 2
 3
 4   Dated: _____         _____
                                  MICHAEL GAINES, ESQ.
 5                                Attorney for Defendant Todd Tisue
 6
 7
 8
 9
10   IT IS SO ORDERED.
11
12   Dated: _____         _____
                                  WAYNE D. BRAZIL
13                                United States District Judge
14
...
28
```

STIPULATION TO CONTINUE
NEXT APPEARANCE                              2